Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@jacobymeyersbankruptcy.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Justin Blechman<br><br>    Plaintiff,<br><br>v.<br><br>Aargon Agency, Inc.,<br> d/b/a Aargon Collection Agency<br><br>    Defendant. | Case No.:<br><br>Judge:<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## **PARTIES**

1. Plaintiff is a natural person who resided in Laveen, AZ at all times relevant to this action.

2. Defendant is a Nevada Corporation that maintained its principal place of business in Las Vegas, NV at all times relevant to this action.

## **JURISDICTION AND VENUE**

3. Pursuant to 28 U.S.C. §1331, this Court has federal question jurisdiction over this matter as it arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

4. Pursuant to 28 U.S.C. §1391(b), venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

**STATEMENT OF FACTS**

5. At all times relevant to this action, Defendant engaged in the business of consumer debt collection.

6. Defendant regularly uses the telephone and mail to collect consumer debts that Defendant either purchased or had been hired to collect.

7. The principal source of Defendant's revenue is debt collection.

8. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

9. As described below, Defendant contacted Plaintiff about an obligation that Plaintiff allegedly owed to Western Dental, which had been incurred for personal rather than commercial purposes.

10. This obligation is a "debt" as defined by 15 U.S.C. §1692a(5).

11. As described below, Defendant attempted to collect the debt from Plaintiff, and in so doing, has alleged that Plaintiff owed the debt.

12. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

13. On or around December 17, 2012, Defendant retained an attorney to file bankruptcy.

14. On or around April 3, 2013, Plaintiff filed a voluntary petition for chapter 7 bankruptcy in the U.S. District Court for the District of Arizona.

15. On or around April 5, 2013, Defendant telephoned Plaintiff in connection with the collection of the debt.

16. During this communication, Plaintiff notified Defendant that Plaintiff was represented by a bankruptcy attorney with respect to the debt, had filed bankruptcy, provided Defendant with Plaintiff's bankruptcy case number, and provided Plaintiff's attorney's contact information.

17. Despite this notice, Defendant telephoned Plaintiff in connection with the collection of the debt several times during the months of April and May 2013, including May 1, May 10, May 13, and May 14, 2013.

18. During at least one of these communications, Plaintiff again notified Defendant that that Plaintiff was represented by a bankruptcy attorney with respect to the debt and had filed for bankruptcy.

19. Defendant caused Plaintiff emotional distress.

20. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

21. Defendant violated 15 U.S.C. §1692c(a)(2) by communicating with Plaintiff notwithstanding knowledge that Plaintiff was represented by an attorney with respect to the debt.

22. In support hereof, Plaintiff incorporates paragraphs 13-18 as if specifically stated herein.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

23. Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

24. In support hereof, Plaintiff incorporates paragraphs 13-18 as if specifically stated herein.

## JURY DEMAND

25. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

26. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

1 | 
2 | 
3 | 
4 | 
5 | 
6 | 
7 | 
8 | 
9 | 
10 | 
11 | 
12 | 
13 | 
14 | 
15 | 
16 | 
17 | 
18 | 
19 | 
20 | 
21 | 
22 | 
23 | 
24 | 
25 | 
26 | 
27 | 
28 |

    b.  For such other legal and/or equitable relief as the Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

                              Jacoby & Meyers Bankruptcy, LLP

                              By: */s/ Jeffrey D. Wolfe*
                              Jeffrey D. Wolfe, Bar # 025836
                              101 N. First Ave., Suite 2400
                              Phoenix, AZ 85003
                              Tel: 602-279-1555
                              Fax: 602-279-5544
                              jwolfe@jacobymeyersbankruptcy.com
                              *Attorney for Plaintiff*