Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@jacobymeyersbankruptcy.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Justin Blechman<br><br>　　　Plaintiff,<br><br>v.<br><br>Aargon Agency, Inc.,<br>d/b/a Aargon Collection Agency<br><br>　　　Defendant. | Case No.:  2:13-cv-01446-SRB<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Jacoby & Meyers Bankruptcy LLP

　　　　　　　　　　　　　　　　　　By: */s/ Jeffrey D. Wolfe*
　　　　　　　　　　　　　　　　　　Jeffrey D. Wolfe, Bar # 025836
　　　　　　　　　　　　　　　　　　101 N. First Ave., Suite 2400
　　　　　　　　　　　　　　　　　　Phoenix, AZ 85003
　　　　　　　　　　　　　　　　　　Tel: 602-279-1555
　　　　　　　　　　　　　　　　　　Fax: 602-279-5544
　　　　　　　　　　　　　　　　　　jwolfe@jacobymeyersbankruptcy.com
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Court's CM/ECF system upon the following:

                RESPECTFULLY SUBMITTED,

                Jacoby & Meyers Bankruptcy LLP

                By: */s/ Jeffrey D. Wolfe*
                Jeffrey D. Wolfe, Bar # 025836
                101 N. First Ave., Suite 2400
                Phoenix, AZ 85003
                Tel: 602-279-1555
                Fax: 602-279-5544
                jwolfe@jacobymeyersbankruptcy.com
                *Attorney for Plaintiff*